1484

**93–584.** State ex rel. Jerninghan v. Russell. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–605.** State ex rel. Doss v. Griffin. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–617.** Jerninghan v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–674.** State ex rel. Woodford v. Moyer. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., not participating.

**93–698.** State ex rel. Sampson v. Ohio Adult Parole Auth. In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–762.** State ex rel. Fears v. Morris. In Mandamus. On motion to advance on docket and motion for demand for judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.